THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CIVIL CASE NO. 2:11cv34

| | | |
|---|---|---|
| CHARLES E. RIDDLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | O R D E R |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court *sua sponte*.

In an Order entered February 10, 2012, the Court granted the Plaintiff an extension of time until March 9, 2012, in which to file a Motion for Summary Judgment. [Doc. 10]. The Plaintiff failed to file his Motion within the time required. On March 20, 2012, the Court entered an Order directing the Plaintiff to show cause within fourteen days why his case should not be dismissed for failure to prosecute. [Doc. 11]. The Plaintiff was specifically warned that "failure to respond to this Show Cause Order in the time required may result in the dismissal of this action." [Id. at 1].

The Plaintiff has not responded to the Court's Show Cause Order. Accordingly, this matter will be dismissed with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute.

Accordingly, **IT IS, THEREFORE, ORDERED** that this matter is hereby **DISMISSED WITH PREJUDICE** for failure to prosecute.

**IT IS SO ORDERED.**

Signed: April 9, 2012

Martin Reidinger
United States District Judge