# United States District Court
# For The Western District of North Carolina
# Bryson City Division

CHARLES E. RIDDLE,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                                    2:11cv34

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order.

                                                Signed: April 9, 2012

                                                Frank G. Johns, Clerk
                                                United States District Court