# United States District Court
# For The Western District of North Carolina
# Bryson City Division

CHARLES E. RIDDLE,

    Plaintiff(s),

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

2:11cv34

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order.

Signed: April 9, 2012

Frank G. Johns, Clerk
United States District Court